IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:24CR 144 |
| | : | |
| THOMAS CHARLES PORTER | : | |

The Grand Jury charges:

On or about January 19, 2024, in the County of Guilford, in the Middle District of North Carolina, THOMAS CHARLES PORTER, knowingly did possess in and affecting commerce a firearm, that is, a SCCY 9mm handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in this Indictment, the defendant, THOMAS CHARLES PORTER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and

interest in and to any firearm or ammunition involved in or used in the commission of the offense.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

    a. SCCY CPX-1 9mm pistol (serial number 627808); and

    b. Approximately 9 rounds of 9 caliber assorted ammunition.

All in accordance with Title 18, United States Code, Section 924(d), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: April 29, 2024

SANDRA J. HAIRSTON
United States Attorney

BY: TRACY M. WILLIAMS-DURHAM
Assistant United States Attorney

A TRUE BILL:

FOREPERSON